## T. D. TURNER & CO. v. DODSON.

No. 1544.　Opinion Filed February 6, 1912.

Rehearing Denied April 2, 1912.

(121 Pac. 1087.)

**REVIEW.** The syllabus is the same as in **McCord-Collins Mercantile Company v. Mary A. Dodson**, ante, 121 Pac. 1085.

· (Syllabus by Ames, C.)

*Error from Comanche County Court;*
*James H. Wolverton, Judge.*

Replevin by Mary A. Dodson against J. T. Windrow, a constable, for personalty taken by him under execution on a judgment in favor of T. D. Turner & Co. against Frank Dodson, the husband of plaintiff. T. D. Turner & Co. were substituted for Windrow as defendants below. From a judgment for plaintiff, defendants bring error. Affirmed.

*H. A. Smith,* for plaintiffs in error.

*Stubblefield & Whalin,* for defendant in error.

Opinion by AMES, C. The questions involved in this case are identical with those involved in *McCord-Collins Mercantile Company v. Mary A. Dodson, ante,* 121 Pac. 1085, and on the authority of that case this should be affirmed.

By the Court: It is so ordered.